383 A.2d 949

**COMMONWEALTH of Pennsylvania**

v.

**Robert ANDERSON, Appellant (two cases).**

Supreme Court of Pennsylvania.

Submitted Jan. 9, 1978.

Decided March 23, 1978.

James Edward Mugford, Sr., Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Dep. Dist. Atty. for Law, Mark Sendrow, Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## ORDER

PER CURIAM.

The order of the Court of Common Pleas denying Post-Conviction relief is affirmed.